## WILFRED GAREDPY v. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD COMPANY.[1]

October 18, 1929.

No. 27,469.

*F. W. Root, C. O. Newcomb* and *A. C. Erdall,* for appellant.
*Tautges, Wilder & McDonald,* for respondent.

PER CURIAM.

The defendant appealed from a judgment entered on February 19, 1929, in the district court in the county of Dakota, the verdict of $33,000 having

[1]Reported in 226 N. W. 943.

been reduced to $23,000. The case was here before and is reported in 176 Minn. 331, 223 N. W. 605. The questions involved on this appeal are the same as those involved upon the former appeal, and for the reasons given in the previous opinion and upon authority of that opinion the judgment from which this appeal was taken is affirmed.

Affirmed.